AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:21-mj-00504 |
| | ) Assigned To : Harvey, G. Michael |
| | ) Assign. Date : 6/28/2021 |
| TIMOTHY EARL O'MALLEY | ) Description: COMPLAINT W/ ARREST WARRANT |
| *Defendant* | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Timothy Earl O'Malley,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☒ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1), (2)—Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority
40 U.S.C. § 5104(e)(2)(D), (G)—Violent Entry and Disorderly Conduct on Capitol Grounds

Date: June 28, 2021

Digitally signed by G. Michael Harvey
Date: 2021.06.28 10:52:51 -04'00'
*Issuing officer's signature*

City and state: Washington, D.C.     G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on (date) 6/28/2021, and the person was arrested on (date) 6/30/2021
at (city and state) Pensacola, FL.

Date: 6/30/2021

*Arresting officer's signature*

Special Agent Alex Nogueiras Jr
*Printed name and title*