### IN THE UNITED STATES DISTRICT COURT FOR THE
### DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                                           Case No.: 1:21-cr-704-CRC

**TIMOTHY EARL O'MALLEY,**

        Defendant.

---

### NOTICE OF APPEARANCE

The undersigned attorney hereby enters his appearance as counsel for Defendant, **TIMOTHY EARL O'MALLEY.**

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been furnished by electronic mail or U.S. mail to the following parties on this 6th day of December 2021:

Sean P. Murphy, Esquire, Assistant United States Attorney

                                /s/*MICHAEL J. GRIFFITH*
                              MICHAEL J. GRIFFITH, ESQUIRE
                              Michael J. Griffith, P.A.
                              304 East Government Street
                              Post Office Box 848
                              Pensacola, Florida 32502
                              (850) 433-9922
                              Florida Bar No.: 192447
                              Attorney for Defendant