IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case No: 21-CR-704 (CRC) |
| v. | : | |
| | : | 40 U.S.C. § 5104(e)(2)(G) |
| TIMOTHY EARL O'MALLEY, | : | |
| Defendant. | : | |

## STATEMENT OF OFFENSE

Pursuant to Fed, R, Crim. P. 11, the United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant, Timothy Earl O'Malley, with the concurrence of his attorney, agree and stipulate to the below factual basis for the defendant's guilty plea—that is, if this case were to proceed to trial, the parties stipulate that the United States could prove the below facts beyond a reasonable doubt:

*The Attack at the U.S. Capitol on January 6, 2021*

1. The U.S. Capitol, which is located at First Street, SE, in Washington, D.C., is secured twenty-four hours a day by U.S. Capitol Police (USCP). Restrictions around the Capitol include permanent and temporary security barriers and posts manned by USCP. Only authorized people with appropriate identification are allowed access inside the Capitol.

2. On January 6, 2021, the exterior plaza of the Capitol was closed to members of the public.

3. On January 6, 2021, a joint session of the United States Congress convened at the Capitol, which is located at First Street, SE, in Washington, D.C. During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting

1



in separate chambers of the Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on Tuesday, November 3, 2020. The joint session began at approximately 1:00 PM. Shortly thereafter, by approximately 1:30 PM, the House and Senate adjourned to separate chambers to resolve a particular objection. Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

4. As the proceedings continued in both the House and the Senate, and with Vice President Pence present and presiding over the Senate, a large crowd gathered outside the Capitol. As noted above, temporary and permanent barricades were in place around the exterior of the Capitol, and USCP were present and attempting to keep the crowd away from the Capitol and the proceedings underway inside.

5. At approximately 2:00 PM, certain individuals in the crowd forced their way through, up, and over the barricades. Officers of the USCP were forced to retreat and the crowd advanced to the exterior façade of the building. The crowd was not lawfully authorized to enter or remain in the building and, prior to entering the building, no members of the crowd submitted to security screenings or weapons checks as required by USCP Officers or other authorized security officials.

6. At such time, the certification proceedings were still underway, and the exterior doors and windows of the Capitol were locked or otherwise secured. Members of the USCP attempted to maintain order and keep the crowd from entering the Capitol; however, shortly after 2:00 PM, individuals in the crowd forced entry into the Capitol, including by breaking windows and by assaulting members of law enforcement, as others in the crowd encouraged and assisted those acts. The riot resulted in substantial damage to the Capitol, requiring the expenditure of more than $1.4 million dollars for repairs.



7. Shortly thereafter, at approximately 2:20 PM, members of the House of Representatives and of the Senate, including the President of the Senate, Vice President Pence, were instructed to—and did—evacuate the chambers. Accordingly, all proceedings of the United States Congress, including the joint session, were effectively suspended until shortly after 8:00 PM on January 6, 2021. Considering the dangerous circumstances caused by the unlawful entry to the Capitol—including the danger posed by individuals who had entered the Capitol without any security screening or weapons check—Congressional proceedings could not resume until after every unauthorized occupant had been removed from or left the Capitol, and USCP confirmed that the building was secured. The proceedings resumed at approximately 8:00 PM after the building had been secured. Vice President Pence remained in the Capitol from the time he was evacuated from the Senate Chamber until the session resumed.

*Timothy Earl O'Malley's Participation in the Capitol Riot on January 6, 2021*

8. The defendant, Timothy Earl O'Malley, lives in Fort Walton Beach, Florida. Just prior to January 6, 2021, O'Malley drove from Florida to Washington, D.C. The purpose of O'Malley's trip to Washington, D.C., was to protest Congress' certification of the Electoral College.

9. In the early afternoon of January 6, 2021, O'Malley entered the Capitol Grounds, a restricted area on the west side of the Capitol. O'Malley walked up a set of steps on the west side of the Capitol near the temporary scaffolding that made up the inaugural stage, and into a plaza on the northwest side of the Capitol. A crowd breached a window on the north-west side of the first floor of the Capitol at approximately 2:12 PM. Shortly thereafter, at approximately 2:13 PM, individuals broke out the door next to that window—commonly referred to as the Senate Wing Door—and another window on the other side of that door. By approximately 2:27 PM, law



enforcement officers were able to stop unauthorized individuals from entering through that door and those windows, but at approximately 2:42 PM, other individuals were able to break open a fire door near the Senate Parliamentarian's office on the north side of that same plaza, often referred to as the Parliamentarian's door.

10. At approximately 2:51 PM, O'Malley entered the Capitol through the Parliamentarian's door. From there, he made his way through the Brumidi corridors to a staircase on the north side of the Capitol that took him to the second floor (approximately 3:02 PM) and the Senate Reception Room, a room in the immediate vicinity of the Senate Chamber. From there he went back downstairs and exited the Capitol through doors on the north side at approximately 3:07 PM.

11. Timothy Earl O'Malley knew at the time she entered the Capitol that that he did not have permission to enter the building. While inside the Capitol, O'Malley paraded, demonstrated, or picketed.

**[THIS SPACE INTENTIONALLY LEFT BLANK]**

12. O'Malley was interviewed by agents from the Federal Bureau of Investigation on January 15, 2021. During that interview, O'Malley confirmed that he traveled to Washington, D.C., and he admitted to entering the Capitol on January 6, 2021.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By: _____
SEAN P. MURPHY
Assistant United States Attorney
D.C. Bar No. 1187821
Torre Chardon, Ste 1201
350 Carlos Chardon Ave
San Juan, PR 00918
787-766-5656
sean.murphy@usdoj.gov

DEFENDANT'S ACKNOWLEDGMENT

I, Timothy Earl O'Malley, have read this Statement of the Offense and have discussed it with my attorney. I fully understand this Statement of the Offense. I agree and acknowledge by my signature that this Statement of the Offense is true and accurate. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this Statement of the Offense fully.

Date: 11/22/2021

_____
Timothy Earl O'Malley
Defendant

ATTORNEY'S ACKNOWLEDGMENT

I have read this Statement of the Offense and have reviewed it with my client fully. I concur in my client's desire to adopt this Statement of the Offense as true and accurate.

Date: 22 November 2021

_____
Michael J. Griffith
Attorney for Defendant
Fl. Bar # 192447