# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | **Case No. 21-CR-704 (CRC)** |
| : | |
| **TIMOTHY EARL O'MALLEY,** : | |
| : | |
| **Defendant.** : | |

## UNOPPOSED MOTION TO CONTINUE SENTENCING HEARING

The United States of America hereby requests that this Court continue the defendant's sentencing hearing for a period of no fewer than seven days. No prior continuances have been sought and the government is not making this request to unduly delay the sentencing or for any other improper purpose. The government has conferred with counsel for defendant, and he indicated that the government's request for an extension of at least seven days to hold the sentencing hearing may be filed as unopposed.

The reason for the request includes the fact that the government needs a brief additional period to be able to finalize and file its sentencing memorandum as to Mr. O'Malley. Further, it is the government's understanding that the defendant has a recently scheduled medical appointment to perform a biopsy that would take place at a time that conflicts with the sentencing as currently scheduled. The only time that the parties would ask this Court to avoid—if possible—is the week of April 4, 2022, as counsel for defendant has a federal jury trial scheduled to begin on April 4, and counsel for the government will be conducting a training during that week.

For the reasons mentioned above, the government requests that the Court grant its unopposed request for to continue the defendant's sentencing hearing for a period of no fewer than seven days.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
DC Bar No. 481052

By: *(signature)*

SEAN P. MURPHY
Assistant United States Attorney
D.C. Bar No. 1187821
Torre Chardon, Ste 1201
350 Carlos Chardon Ave
San Juan, PR 00918
787-766-5656
sean.murphy@usdoj.gov